

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/15/2020 11:00 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:19-bk-04681-KJ | 7 | 07/18/2019 |

**Chapter 7**

**DEBTOR:**  Brian Williams

Melody Williams

**DEBTOR ATTY:**  Stephen Caplan

**TRUSTEE:**  Carla Musselman

**HEARING:**

Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 431 Park Lane, Lake Bluff, IL 60044 (Doc #24)
Trustee's Report of Winning Bid (Doc #25)
Note: Discharged 10/22/19

**APPEARANCES::**
Kristin Henkel: Trustee Atty; Stephen Caplan: Dbtor Atty

**RULING:**
Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 431 Park Lane, Lake Bluff, IL 60044   (Doc #24) - Trustee's Report of Winning Bid   (Doc #25) - Granted; Order by Henkel.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.